Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Alabama

2022 MAR 28 P 12: 43

**Allen Okechukwu Caudle**

Case No. 5:22-cv-392-LCB

*Plaintiff(s)*

-v-

**United States Of America, ET AL**
    Federal Bureau Of Investigations (FBI)
    Department Of Homeland Security (DHS)
    Department Of Housing For Urban Development (HUD)
    Federal Communications Commissioner (FCC)
    Department Of Defense (DOD)
    Sandy Springs Police Department (SSPD)
    Atlanta Police Department (APD)
    City Of Huntsville
    Department Of Justice (DOJ)
    Madison County Sheriffs
    Seleno Apartments
    The Avenues Madison
    Cottages At Old Monrovia
    City Of Triana

*Defendant(s)* Jury Trial: *(check one)* ' **Yes** ' **No**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND REQUEST FOR EMERGENCY JUDGMENT (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: **Allen Okechukwu Caudle**
Address: **341 Bollweevil Lane**
**Toney, Alabama 35773**
County: **Madison**
Telephone Number: **404 213 1880**
E-Mail Address: **allencaudle@gmail.com**

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: **Lloyd J. Austin III**
Job or Title: **Secretary Of Defense**
Address: **1000 Defense Pentagon**
   **Washington, DC 20301**
County **District Of Columbia**
Telephone Number: **703-545-6700**
E-Mail Address *(if known)*

Official Capacity

Defendant No. 2

Name: **Christopher A. Wray**
Job or Title: **Director Of Federal Bureau Of Investigations**
Address: **935 Pennsylvania Ave. NW**
   **Washington, DC 20535**
County: **District Of Columbia**
Telephone Number: **(202) 324-3000**
E-Mail Address *(if known)*

Official capacity

Defendant No. 3

    Name: **Merrick Garland**

    Job or Title: **Attorney General DOJ**
    Address: **950 Pennsylvania Avenue, NW**

        **Washington, DC 20530**

    County: **District Columbia**
    Telephone Number: **202-353-1555**

    E-Mail Address *(if known)*

                                                         Official capacity

Defendant No. 4

    Name: **Leon Panetta**

    Job or Title: **Director Of Central Intelligence Agency**

    Address: **2430 E Street NW**

        **Washington,DC 20037**

    County; **District Of Columbia**

    Telephone Number

    E-Mail Address *(if known)*

                                                         Official capacity

Defendant No. 5

    Name: **Jermaine Nettles**

    Job or Title: **Investigator**

    Address: **100 North Side Square**

        **Huntsville,AL 35801**

    County; **Madison**

    Telephone Number

    E-Mail Address *(if known)*

Defendant No. 6

    Name: **Rodney Bryant**

    Job or Title: **Chief Of Police**

    Address: **226 Peachtree RD SW**

        **Atlanta, GA 30303**

    County; **Fulton**

Telephone Number
E-Mail Address *(if known)*

Defendant No. 7
    Name: Kenneth DeSimone
    Job or Title: **Chief Of Police**
    Address: **840 Roswell Rd #301**
             **Sandy Springs, GA 30350**
    County; **Fulton**
    Telephone Number
    E-Mail Address *(if known)*

Defendant No. 8
    Name: **Mack Pogue**
    Job or Title: **Seleno At Bridge Street Huntsville, AL**
    Address: **6854 Governors W**
    **Huntsville, AL 35806**
    County; **Madison**
    Telephone Number: **256 801-4463**
    E-Mail Address *(if known)*

Defendant No. 9
    Name: **Department Of Housing For Urban Development**
    Job or Title: **Marcia Fudge**
    **Washington, DC 20410**
    County: **District Of Columbia**
    Telephone Number:
    E-Mail Address *(if known)*

Defendant No. 10
    Name: **Department Of Homeland Security**
    Job or Title: **Security Of DHS Alejandro Mayorkas**
    **Washington, DC 20528**
    County: **District Of Columbia**

Telephone Number:
E-Mail Address *(if known)*

Defendant No. 11
    Name: **City Of Huntsville**
    Job or Title: **Tracy Doughty**
    Address: **308 Fountain Circle**
    Huntsville, AL 35801
    County: **Madison**
    Telephone Number:
    E-Mail Address *(if known)*

Defendant No. 12
    Name: **Federal Communications Commissioner**
    Job or Title: **Commissioner Brandon Car**
    Address: **1919 M Street NW**
        **Washington, DC 20553**
    County **District Of Columbia**
    Telephone Number
    E-Mail Address *(if known)*

Defendant No 13
    Name: Brianna Goodloe
    Job or Title: **Leasing Agent Cottages At Old Monrovia**
    Address:**335 Culberson Drive**
        **Huntsville, AL**
    County; **Madison**
    Telephone Number
    E-Mail Address *(if known)*

Defendant No 13
    Name: Mary Caudle
    Job or Title: **Mayor Of The City Of Triana**
    Address:**640 6th Street**
    **Madison, Alabama 35756**

County; **Madison**
Telephone Number
E-Mail Address *(if known)*

Defendant No 13
    Name: Palladian Promenade
    Job or Title: **Leasing Manager**
    Address: **2150 Hughes Road**
    **Madison, Alabama 35758**
    County; **Madison**
    Telephone Number
    E-Mail Address *(if known)*

Defendant No 14
    Name: The Avenues Madison
    Job or Title: **Leasing Manager Whitney Butler**
    Address: **85 Shorter Street**
    **Madison, Alabama 35758**
    County; **Madison**
    Telephone Number
    E-Mail Address *(if known)*

Defendant No 15
    Name: Federal Communications Commissioner
    Job or Title: **Director Ajit Pai**
    Address: **45 L Street**
    **Washington, DC 20554**
    County; **District Of Columbia**
    Telephone Number
    E-Mail Address *(if known)*

**II. Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws](Please see 1-46)." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials (Please see 1-46)?

A. Are you bringing suit against *(check all that apply)*:

X Federal officials State and Local

B. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under the color of federal law. Attach additional pages if needed.

## I. NATURE OF THIS ACTION

Plaintiff Allen Okechuku Caudle and his company ERA Of America Inc bring this complaint against the Defendants. Together the Defendants are engaged in a program that is designed to deprive the Plaintiff of his Constitutional, Civil, Human and other rights afforded to him by laws. This program stemmed from the Federal Bureau of Investigations negligence when they injured and violated the Plaintiffs Allen Caudle's constitutional rights during an operation that was unrelated to him. The Federal Bureau Of Investigations is actively guiding the program to force the Plaintiff into bringing the matter to this court..

This is a civil action brought pursuant to the, Fair Credit Report Act, Civil Rights Act, Civil Rights Restoration Act, Fair Trade Report Act, Privacy Rights Act 1974 42 U.S.C. § 1983, 18 US Code § 242-**Deprivation Of Rights Under The Color Of Law**, 48 US Code Section 1561-**Prohibition And Rights-8th AMENDMENT**, 1st Amendment-**Prohibited From Exercising Religion**, 2nd Amendment-**Right to Bear Arms**, 4th Amendment-**Unreasonable Search and Seizures**, 5th Amendment-**Due Process Of The Law**, 8th Amendment-**Excessive Bail**, 13th Amendment-**Slavery Servitude** 18 U.S. Code Section 2261A(1),(A),(B),(2),(A),(B), 2016 Code Alabama Title 13A - Criminal Code Chapter 6-**Offenses Involving Danger To The Person**, 13A-6-94-**Stalking and Aggravated Stalking, Alabama Code Title 13A Criminal Code Section 13A-11-30 (1), (2), (3), § 11.404-False imprisonment**, 5th amendment: **Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**,48 US Code Section 1561-Prohibition And Rights-EIGHT AMENDMENT, 42 U.S.C. § 1983, Alabama Title 13A - Criminal Code Chapter 6-**Offenses Involving Danger To The Person**, 13A-6-94-**Stalking and Aggravated Stalking, Alabama Code Title 13A Criminal Code Section 13A-11-30 (1), (2), (3), § 11.404-False imprisonment**.

## II. JURISDICTION AND VENUE

This Court has jurisdiction over this action Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

# Facts
# Cause Of Actions

**COMPLAINT 1**

1. On 4-25-2020, the plaintiff noticed that he was having trouble logging into his email and other online accounts. And that the Federal Bureau Of Investigations had uploaded software to remotely access and control his use of his devices. This was a part of the FBI's designed program to prevent and deprive Plaintiff of his companies and businesses and rights to earn a living.

A. Websites the Plaintiff visits contain Same Site software that is being used to prevent the Plaintiff from earning a living and to constantly stalk, harass him and destroy his companies. The FBI uploaded software onto Plaintiff's computers, televisions, cars, phones, and other devices that are being used as harassing communications.
B. On 4-3-2021 The Federal Bureau Of Investigations added negative and false information to the Defendants Public Records and Credit Profiles with Transunion, Equifax, Experian and Nexis Lexis and intervened in a $2,000,000 loan that the Plaintiff had secured with Bryant Bank. C. On 6-2-2020 Defendants FBI and Madison City Police Department sent a Federal Agent to Allen Caudle's at the Palladian At Promenade, Plaintiff saw the agent kneeling at his window.
D. 1-2-2020 to 10-10-2020 the FBI planned with the leasing manager of the Palladian at Promenade Jennifer Thompson to walk into the Defendants home without notices and to illegally evict him.
E. Later the FBI seized Plaintiff's cellular device and mailed it back to his home at Seleno At Bridge street. All while using harassing communication and stalking tactics to make him very uncomfortable everywhere he went.
F. Madison County Sheriff's Department with the FBI illegally evicted the Plaintiff.
G. 1-3-2020 and 5-18-2020 FBI agents prevented Allen Caudle from closing on approved loans with Sofi Bank totalling $200,000 combined. H. The communications of the harassment are completely unsolicited and have caused Plaintiff physical injuries. Through harassing communication, the FBI is using tactics to attempt to cause him disorientation. Invade his privacy and violate his rights to exercise his religion, Freedom of Speech, Freedom Of Thought, right to exercise his religion, socialize and right to assemble.
I. Whenever Plaintiff would turn off his devices and turn the volume down the sounds seem to target him less frequently. J. FBI often use his devices and others to tell him to file a complaint with the courts. FBI agents have promised Plaintiffs over $265,000,000 dollars for damages they inflicted on the Plaintiff, his friends and family.,
K. On 4-3-2019, 6-20-2020 the Plaintiff realized he was prevented from getting new devices from ATT, TMOBILE and other carriers because the FBI had installed a TAPTIC device into a cellular phone. Plaintiff had realized that he was being followed in and other of Apple, ATT, TMOBILE, and other stores. He witnesses agents walk up to him while trying to get new devices and physically intervene. He also noted agents that he spoke to while trying to call and get new devices on dozens of occasions.
L. Plaintiffs Uber, Lyft along other accounts contain APIs that direct his payments to Green Dot although he has an Apple iPhone. This oftentimes prevented Plaintiff from finishing projects and getting to meetings.
M. On 6-8-2020 the Federal Bureau Of Investigations removed and seized over 30 websites and business profiles owned by Plaintiff that had values of over $8,000,000.
N. Plaintiff also noticed that the FBI has also hacked into his domain registrar accounts and had taken domain registrations from the accounts and were preventing him from accessing other accounts with Sav.com, Godaddy.com and that they had formed Dyna Dot, TMDHOST.com, twirlhost.com to steal money from him and had coerced him to register domains to later prevent him from accessing them. They were also blocking his ability to develop new websites with BlueHost, Upwork, Godeddy, IONOS,
O. On 6-30-2021 the Defendants intentionally used technology to spy on the Plaintiff while he visited attorney Bryant Clark this incident violated client attorney rights and laws.
P. As of 3-26-2022 federal agents of the FBI are completely preventing the Plaintiff from using Booksy, Uber and Lyft altogether. Before this complete seizure, they were blocking Plaintiff ability to add payment methods and from booking multiple trips.
Q. Plaintiff reported the matter to the Federal Communications Commissioner and Department of Justice where they were to investigate and stop the communications harassment but negligently fail to do so.
R. Defendants with the Federal Bureau of investigations is preventing the Plaintiff from making a complaint with the LockHeed Martin of the incident of being injured on its properties
S. Transportation Security Administration is working with the FBI, Plaintiff sent TSA a FTCA claim regarding incidents where the FBI with Defendants harassed and tortured the plaintiff while he was aboard 2 flights on 7-14-2021 and 7-15-2021.
T. Plaintiff reported the matter of having his Fair Housing Rights violated by the FBI, Alabama Sheriff's Department, Seleno Apartments, Palladian At Promenade, Cottages At Old Monrovia and while residing and visiting other properties to the Department Of Housing For Urban Development, however negligently the Defendant with the FBI ignored his complaints and reports.
U. Plaintiff knew that this stemmed from incidents where the Federal Bureau Of Investigations agents with other Defendants had nonconsensually subjected the Plaintiff to experiments that resulted in physical injuries and violations of the Plaintiff constitutional rights. V. On 4-4-2020 the Federal Bureau Of Investigations while posing as neighbors of the Plaintiff was caught kneeling in front of the Plaintiff's residence and stealing from the Plaintiffs car and home at the Palladian At Promenade and residence in Triana. Plaintiff reported the matter to the Huntsville Police Department.
W. The FBI is also using tactics to intentionally change the use of the Plaintiffs residences, communities and all other property of the Plaintiff.

This is the meaning of the 5th Amendment-Due Process, 5th Amendment-Cruel And Unusual Punishment 8th Amendment-48 US Code Section 1561-Prohibition And Rights, 4th Amendment-Unreasonable Search and Seizures, 5th amendment: Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property

**COMPLAINT 2**

2. By 3-26-2022 the Plaintiff had made dozens of reports of the incidents of his civil rights, liberties, constitutional rights to all Defendants listed. In Pursuant of **Federal Tort Claims Act**.

- A. Agents of the Federal Bureau Of Investigation also followed and intervened in Plaintiff's attempts to get new phones from 4600 Roswell Road Atlanta, GA 30342 Suite C150, 6080 Roswell Road Sandy Springs, GA 30328, and other phones stores to prevent the plaintiff from getting new cellular devices or repairs.
- B. While driving Plaintiff started to receive calls from area code 202 and noticed cars following him, then he began to hear screeching and annoying sounds coming from his cellular devices targeting him. The sounds were people violently calling Plaintiff names amounting to hate, discrimination, sexual abuse, and assault, the people stated that Plaintiff was stupid, ugly, and could never work nor amount to anything. This was intentionally being done to violate his Freedom of Speech and Freedom Of Thought Rights
- C. 6-27-2021 the FBI agents intervened and used tactics to prevent the Plaintiff from meeting his family employees of LockHeed Martin for lunch. Plaintiff was scheduled to meet his family when he noticed the FBI agent had followed him into the building.
- D. The Federal Bureau Of Investigations voiced through Plaintiff's phone that they were going to steal his money. They also told Plaintiff to jump out of the moving car and they made other threats to kill Plaintiff. After Plaintiff uploaded money onto his Netspend account the FBI took the money off of the card on 2 occasions most recently on 6-2-2020. This is the meaning of the **4th Amendment-**Unreasonable Search and Seizure, 5th Amendment-**Due Process Of The Law**
- E. 9-2-2021 to the present the FBI has been preventing the Plaintiff from changing his mailing addresses and have been preventing him from changing his address with USDA to Intentionally stop him from getting a grant mandated because of the Pandemic. 3. In fear of his life Plaintiff attempted on multiple occasions in the states of Georgia, Alabama to purchase a gun but was denied. A. Plaintiff could not find any information on any open cases that would prevent him from being qualified to get a weapon. B. Plaintiff attempted to get weapons from Cabela's and Academy Sports in Atlanta, GA on many of occasions.

In the meaning of the 18 US Code § 242-**Deprivation Of Rights Under The Color Of Law, 4th Amendment-Unreasonable search and seizure, 8th Amendment-Equal Right To Protection Under The Color Of Law, 14th Amendment-Immunities and Liberties, 13th Amendment-Slavery Servitude, Federal TortClaims Act.**

**COMPLAINT 3**

3. 7-6-2019 while driving Plaintiff noticed that the fleet of cars was still following him and the sounds began to come from his cellular devices to intentionally attack him. He pulled into the parking lot at the Hyatt Hotel in Sandy Springs, GA where his friend was waiting for him. Plaintiff greeted his friend and walked into the hotel to check in. He Purchased a brownie and walked to his car when he was approached by Sandy Springs Police who shined his strobe lights directly into the Plaintiffs' face before he could get back to his vehicle. The officer got out of his patrol car and searched the plaintiff and placed the Plaintiff in cuffs and arrested him on Loitering and Prowling charges.

- A. The officer did not investigate the matter, because he refused to go into the hotel and confirm that he had checked into the hotel and that he was a customer of the hotel. Plaintiff was not loitering or Prowling this incident was planned to get Plaintiff's attention to make this filing to the courts. The arresting officer failed to tell the defendant why he was stopped and profiled, nor did he read him any Miranda rights. The officer drove recklessly to startle Plaintiff while he was in cuffs.
- B. After reaching the jail Plaintiff noticed that individuals in plain clothing came there to book him in. The Sandy Springs Police imposed $10,000 cash bail on the Plaintiff for Loitering and Prowling.
- C. Plaintiff posted the excessive bail and was released. Plaintiff contacted the South Metro towing to get his car from impound and an individual answered the phone and notified the defendant that he was with the Federal Bureau Of Investigations and that he would not give the vehicle back to Plaintiff Allen Caudle. Unreasonable Search and Seizure.
- D. Plaintiff and attorneys Greg Clements, Brain Clark contacted the Sandy Springs Courts to get information regarding the case and arrest but was told by the Sandy Springs clerk's office that they could not find the cases. To date, the Federal Bureau Of Investigations is hiding this case along with a case that resulted in the Plaintiff's false arrest, excessive bail, and violations of his client-attorney rights. For 6 years Plaintiff has called to attempt to get information on the cases in Fulton County but got no results,, until recently after calling dozens of times where the District Attorney's Office referred him to get his money back and referred him to Civil Rights Lawyers in Alabama.
- E. 6-19-2016 the plaintiff received a call to go to a police precinct in Atlanta, GA to be questioned by an investigator, Plaintiff sent an attorney to meet with the Investigators. Later Plaintiff was picked up and taken to the precinct where he unwillingly met with investigators who had begun questioning him although he invoked his right to have an attorney present. They then arrested him on the charges. While in custody the FBI sent an agent into the jail where the agent used tactics of electronic harassment on the Plaintiff that caused the Plaintiff to be knocked unconscious and the jail failed to give the Plaintiff medical attention.
- F. The FBI imposed a $1,000,000 bail which was very excessive for the charges that Plaintiff had faced. After being released from jail on this charge the Plaintiff and attorney Brian Clark, Greg Clements, and other attorneys called to get information on the case for 6 years but only got the runaround from the FBI and Fulton County District attorney's office. Until recently when the FBI posing as a liaison of the Fulton County District Attorney's office told him the case was dismissed and referred him to civil rights lawyers in Alabama.
- G. On 5-22-2021 The FBI arranged for Plaintiff to be falsely arrested on a charge of trespassing for going to the Huntsville,AL headquarters to

make a report of being physically attacked and stalked, cyber-attacked, cyber-stalked, being prevented from getting benefits from the government, filing for employment benefits and of the thefts alleged in Complaint 1. Through the Harassing Communications tactics used by the FBI offered the Plaintiff $50,000,000 for the false arrest.
- H. Defendants were invading Plaintiff's privacy whenever he went to the restroom, making sexual statements and trying to increase the sounds whenever he would go to the restroom. This means that the Federal Bureau Of Investigations are illegally profiling the defendant and have him under illegal surveillance.
- I. Plaintiffs' friends and family are offended and drastically affected by the matters of not being able to assemble peacefully and are very uncomfortable with the cars that frequently are part of their community. They too are feeling insecure about the harassing communications that are invading on their privacy and the Plaintiffs privacy rights.
- J. On 6-19-2021 Dave Trueb with the FBI arranged that the plaintiff is falsely arrested for harassing communications but not before the FBI agent posing as a realtor threatened to kill the Plaintiff.

This is the meaning of the 5th Amendment-**Right to a speedy trial**, 5th Amendment-**Right to fair trial**, 5th Amendment-**Due Process Of the Law**, 8th Amendment-**Excessive Bail**, 42 U.S.C. § 1983, 18 US Code § 242-**Deprivation Of Rights Under The Color Of Law**, 5th amendment: **Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**,48 US Code Section 1561-**Prohibition And Rights**-EIGHT AMENDMENT, 42 U.S.C. § 1983, **Complaint 4**

4. On 5-2-2020, Plaintiff and friend were viewing properties at Peachtree Battle and Mount Paran Rd Atlanta, GA 30327 that Plaintiff had under contract and planned to purchase for redevelopment and profit. When they saw the Federal Bureau Of Investigations drive by in a fleet of 13 plus cars, they passed by repeatedly and stared at them during their entire visits to the properties.
- A. Plaintiff immediately left the property so that they could get to a safe place to contact the police to report the incidents. When they realized they were being followed by the same fleet of vehicles. Plaintiff reached a BP gas station on Peachtree Street in Atlanta, GA where they contacted the Atlanta Police department and reported the stalking.
- B. While in the store the plaintiff noticed that one of the individuals that were a part of the fleet came into the store and made a purchase displaying an ID that proved that they were agents of the Federal Bureau Of Investigations.
- C. Plaintiff had both properties under contract and planned to rebuild houses on the property and rebuild. As the owner of his company, he had planned that he and his company ERA Of America Inc would profit $14,000,000 after rebuilding and selling the homes located in the zip of 30327 where homes have the highest home values in Georgia. Plaintiff made mention of this to friends and family on multiple occasions.
- D. During this time-current Plaintiff is having difficulty in doing online research and performing his normal task because he was also being cyber-stalked, cyber-attack, cyber-bullied, and dealing with annoying harassing communications by the Federal Bureau Of Investigations. Because the FBI intervened in his online searches and intentionally prevented him from printing, Plaintiff wasn't able to perform searches on the property as he needed to close the multi-million dollar investment project. Plaintiff had never had any issue with purchasing properties before the FBI started intervening in his activities. However, because the Federal Bureau Of Investigations would not stop attacking him while he worked to purchase these properties, Plaintiff eventually lost the deals.

This is the meaning of the 4th Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 4th Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**. 4th Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 5th amendment-**Right a guarantee that government cannot seize private property without making due compensation at the market value of the property**.

**COMPLAINT 5**
5. While at his house he always noticed a large number of cars of people sitting outside at all hours of the day and night. The cars remain there with their lights on and in the parking lot and on occasions when the plaintiff would order food to be delivered he witnessed an individual get out of his car and take food for the normal delivery driver and deliver the food to the Federal Bureau Of Investigations.
- A. 2-17-2020 Uncomfortable with the continuous stalking and depriving of his rights, Plaintiff decided to go visit the mother of his child Latosha Lee in hopes of no longer being harmed.

In the meaning of the 4th Amendment-**Unreasonable Search and Seizures**, 4th Amendment-**People Have the Right To Be Secure In Their Persons and Effects**, 14th Amendment-**Due Process Of The Law**

- B. While he and Latosha were riding they went to pick up prescriptions for the Plaintiff and realized they again were being followed, they witnessed the Federal Bureau Of Investigations run into the Walgreens Johnson Ferry Rd Dunwoody, GA ahead of him where he was told that he could not pick up his prescription because they were told not to fill it.

C. They decided to go to a Walgreens in Riverdale, GA that stayed open later. While getting on the freeway they saw a fleet of cars rush past them to get their attention to the stalking. After reaching the pharmacy they were told that they were told by the FBI not to fill the Plaintiffs prescriptions. Plaintiff called the Pharmacy to get the Pharmacist's name and he was frustrated that they actually instructed him and gave him orders that could result in penalties or a lawsuit.

D. However when Plaintiff noticed that every single time he would go outside a car would pass by. He pointed out Latosha Lee can attest to the same thing. He noticed that his devices were still under a cyber-attacked, cyber-stalking, receiving dozens of calls from the Federal Bureau Of Investigations.

E. While at his girlfriend's home he started to hear sounds coming from his phone and then the sounds got louder and louder causing trauma and pains to the head, eyes, and ears of Plaintiff. This prevented him from enjoying being in the company of his child and girlfriend. Whenever he would put his finger in his ear he would hear sounds of electronic and harassing communication. Beyond tortured, Plaintiff frequently heard electrical sounds in his area even when the Defendant wasn't talking. This resulted in pressure and pains to his eyes, ears, and burning sensations to his face, scalp, and head. This would intensify when on a mutual call but would often continue after hanging up. Plaintiff had visited the hospitals, urgent care, and doctors regarding the pains from the attacks and was told that he had suffered from a stroke (Alleged in Complaint)

F. While on calls Plaintiff frequently hears sounds of people intervening and interfering in his voice and the voices of others. Federal Bureau Of Investigations would try to coerce words of the Plaintiff causing him to become disoriented and stutter in his Speech. G. This was intentionally being done to attempt to continuously violate his Freedom of Speech, Freedom Of Thought Rights, Right to exercise his Religion.

H. The Federal Bureau Of Investigations has and is intentionally violating Plaintiffs Freedom Of Thougnt Rights and reciting the Plaintiff's Speech even while he attempted to pray he was being prohibited from exercising his religious beliefs. In addition, the Federal Bureau Of Investigations, with Jermaine Nettles, Madison County Sheriff's Office, Huntsville Police Department, Atlante Police Department with other Defendants have Falsely Imprison, without Due Process of the Law.

This is meaning of **the 1st amendment-**Prohibiting from exercising religion, **5th Amendment-**Due Process, **4th Amendment-Unreasonable Search and Seizures, 14th Amendment-Immunities and Liberties,** 4th Amendment-Unreasonable Search and Seizures, 14th Amendment-Immunities and Liberties, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property.** 4th Amendment-Unreasonable Search and Seizures, 14th Amendment-Immunities and Liberties, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property,** 8th Amendment-Deprived of medical attention while be subjected to cruel and unusual punishment,

## Complaint 6

6. On 7-3-2021 The FBI organized with Mack Pogue the owner of the Seleno Apartment in Huntsville,AL to have the Plaintiff illegally evicted because of a disability.

A. On 7-26-2021 Plaintiff Allen Caudle while trying to secure a lease with the Cottages at Old Monrovia Plaintiff noticed that Samantha Sinclair with the Federal Bureau Of Investigations was posing as a leasing egent to intervene in his leasing process.

B. After moving into the community unit that was prearranged the Plaintiff continued to hear and come in contact with the same harassing sounds but more violently.

C. On 9-30-2021 Plaintiff tried to get rental assistance from the Emergency Rental Assistance program when the FBI with the City Of Huntsville denied the Plaintiff the assistance without probable cause.

D. 4-3-2021 the FBI arranged with the Seleno Lincoln Apartments to have the Plaintiff evicted against government mandates and because of the disability that FBI had intentionally inflicted the Plaintiff with.

E. On 9-3-2021 the Plaintiff decided to go to the Westin Hotel to get rest and came into contact with an FBI agent that on the following day with an FBI agent that was harassing the Plaintiff at his community at Seleno at Bridge street often went outside to be seen by the Plaintiff. Defendants Christopher, Daniel Wisenheimer and Samantha Sinclair (FBI) with Jermaine Nettles began stalking the Plaintiff and walking back and forth past the residents of the Plaintiff.

F. On 6-20-2021 Jermaine Nettles with the Madison County District Attorney's office per the request of the FBI started stalking the Plaintiff Allen Caudle.

G. Jermaine Nettles with Defendants followed Plaintiff from his residents at The Cottages At Old Monrovia to the 85 Shorter Street Madison,AL where he for no legal reason trespassed the Plaintiff from the property and followed him back to his property and sat directly in front of his house for hours when Huntsville Police patrol officers pull in and walk past the Plaintiff to get the Plaintiffs attention of them taking report and note of the matter and that they to were involved.

H. 1-2022 on the day that Plainitfss grandmother died, Plaintiff was grieving, he went outside at 12:34 am when Jermaine Nettlels pulled up saying he had gotten a call. The plaintiff had just walked of his door seconds prior. Jermaine admitted to being a part of the harassment and stalking.

I. As of 3-26-2022 the Federal Bureau Of Investigation has agents posing as residents of the community where they with other FBI agents frequently move as the plaintiff moves and go outside or leave. The FBI also has agents park their cars in the neighborhoods of the Plaintiffs family's houses to make the Plaintiff feel very uncomfortable.

J. To present the FBI has agents posing as residents of the Avenue Lofts Madison to aggravate and assault him and force him into filing this complaint and suit.

In the meening of **5th Amendment-**Due Process, **4th Amendment-Unreasonable Search and Seizures, 14th Amendment-Immunities and Liberties,** 4th Amendment-Unreasonable Search and Seizures, 14th Amendment-Immunities and Liberties, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property.** 4th

Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**, 8th Amendment-Deprived of medical attention while be subjected to cruel and unusual punishment,

## Complaint 7

7. While traveling Plaintiff noticed he was being followed out of state. He and his sister stopped at a BP gas station on Highway 72 when the store clerk told Plaintiff that 2 Federal Agents were just in the store oddly hanging around. Neither of them was surprised because they knew they were being followed.

   A. On 4-2-2020 while at his home in Toney, AL Plaintiff realized that the Federal Bureau Of Investigations was still stalking and harassing him and making him uncomfortable in his home and within his person. The Federal Bureau Of Investigations with Defendants drove past the residence where Plaintiff resides to agitate and aggravate Plaintiff by their harassing tactics.

   B. These tactics were intimidating and were isolated to Plaintiff and his friends and family. Plaintiff had problems with contacting his friends and other family members because they used tactics to prevent him from being able to freely surf the web and use software, applications, computers, and phones as they were intended to be used.

   C. The Federal Bureau Of Investigations intentionally used methods to try to injure the Plaintiff physically and financially. Defendants intentionally violated the Plaintiffs rights insulting him with promises of money, while defaming his character and the character of his family. D. Plaintiff visited the Huntsville FBI headquarters and me with agents Christopher Hendon, Agent Paul, Daniel Wisenheimer where he again reported the incidents of cyber-attacks, cyber-stalking, threats on his life, hacked government websites, seized property, the agents did not listen to the Plaintiff but admitted to his devices being hacked and under attack and then proceeded to arrest the Plaintiff for trespassing.

   E. On July 14th 2021The Defendants used methods to target the Plaintiff and his friends and family to make them work hard to shed light on the matter and causing stress to the elderly members of his family. On 8-8-2021 Plaintiff was scheduled to have lunch at Lockheed Martin with his friends and family who worked there. When he was followed into the building by an employee of the Federal Bureau of Investigations to intimidate the Plaintiff from assembling with his family and further use discriminative tactics to make the Plaintiff feel uncomfortable and insecure in his person.

   F. Beginning 1-9-2019 and multiple times in the years of 2020 and 2021 the Plaintiff reported the incidents in the harassing communications to the Federal Communications Commissioner, Departments Of Justice And the Department of Homeland Security. In the meaning of the Federal Tort Claims Act.

   G. Federal Bureau Of Investigations hacked the NAACP's website and ACLU websites to prevent the Plaintiff from contacting an attorney.

In the meaning of 14th Amendment-**Immunities and Liberties**, 11th Amendment-Unreasonable Search And Seizures, 13th Amendment-**Slavery Servitude** 18 U.S. Code Section 2261A(1),(A).(B),(2),(A),(B), 2016 Code Alabama Title 13A - Criminal Code Chapter 8-**Offenses Involving Danger To The Person**, 13A-6-94-**Stalking and Aggravated Stalking**, Alabama Code Title **13A Criminal Code Section 13A-11-30 (1), (2), (3)**, § 11.404-**False imprisonment**, 18 US Code § 242-**Deprivation Of Rights Under The Color Of Law**, 48 US Code Section 1561-Prohibition And Rights-**EIGHT AMENDMENT**, 1st Amendment-**Prohibited From Exercising Religion**, 2nd Amendment-**Right to Bear Arms**, 4th Amendment-**Unreasonable Search and Seizures**, 5th Amendment-**Due Process Of The Law**, 8th Amendment-**Excessive Bail**, 14th Amendment-**Immunities and Liberties**, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**, 8th Amendment-Deprived of medical attention while be subjected to cruel and unusual punishment without Due Process of the Law

## Complaint 8

8. During the month of 4-8-2021, Plaintiff had begun classes to get his realtors license with the North Carolina's Board Of Realtors,. At the time the Plaintiff had noticed that his computers and cellular devices were still under cyber-attack by the Federal Bureau Of Investigations and they were preventing him from logging into his online class portals. In the meaning of the 14th Amendment-**Immunities and Liberties**

   A. On 5-1-2021The Plaintiff tried again to purchase a home to reside in and a property to develop for profit. At this time the FBI was preventing the Plaintiff from earning a living so that he could provide for himself and his family. During this period the Plaintiff was struggling to maintain his places of residence and the FBI was adding fake collection accounts to his credit fo ruin his credit to prevent him from obtaining loans with Sofi Bank and other financial institutions.

   B. The Plaintiff was able to secure contracts to purchase parcels from a realtor that were for sale by owner. Plaintiff decided to find a licensed buyer to assist him in purchasing the properties when he found Dave Trueb and later found that he was working with the FBI. The Federal Bureau Of Investigations had again created a force to prevent the Plaintiff from purchasing the properties.

   C. Plaintiff had Dave Trueb assist him with the contracts to be certain that they were appropriate for closing, not knowing that he was there to intervene in the deal. After finding out that Dave Trueb had canceled the deals with the Seller he reported it to the Alabama Board Of Realtors. Later the Plaintiff started receiving texts of the Plaintiff threatening to kill the Plaintiff if he came within 20 feet of him

   D. Defendants with the Federal Bureau Of Investigations have hacked the Plaintiffs email account and changed the balances of his insurance premiums, while they intervened in insurance claims fo prevent him from collecting on the money.

   E. The following day the Plaintiff received a knock on from the Huntsville Police Department arresting the Plaintiff for harassing communications. The Plaintiff never harassed the Defendants. This was an arrest to his attention and to mock him for what was happening

to him. In the meaning **5th Amendment**-Due Process, 14th Amendment-**Immunities and Liberties**, 4th Amendment-**People Have the Right To Be Secure In Their Persons and Effects**, Privacy Rights.

F. The Federal Bureau Of Investigations with Defendants added collections accounts to the Plaintiffs credit to prevent him from getting the EIDL loan, vehicles, houses and other necessities and benefits. Including vehicles, investments and housing.

**5th Amendment**-Due Process, 4th Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 4th Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**. 4th Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**, 8th Amendment-Deprived of medical attention while be subjected to cruel and unusual punishment,

### Complaint 9

9. On Thanksgiving Day 2021 and Christmas Day 2021 Defendants began to attack the Plaintiff with Harassing Communication tactics while he and his family prayed over dinner and throughout the entire day.

A. Because the FBI is stalking the plaintiff and his online movement they had also followed him to the Westin hotel where he saw an agent that works for the FBI follow him back to his residence the following day and continued to make his presence known every time he walked outside. On 8-29-2021 Plaintiff suffered from a stroke and injuries to his eardrums in relation to the electronic harassment and the volume of the sounds and pressure he received to his head from the Federal Bureau Of Investigations. 4th Amendment-**Unreasonable Search and Seizures**, 5th Amendment-**Due Process Of The Law**, 8th Amendment-**Excessive Bail**, 14th Amendment-**Immunities and Liberties**, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**, 8th Amendment-Deprived of medical attention while being subjected to cruel and unusual punishment without Due Process of the Law

### Complaint 10

B. The Federal Bureau Of Investigations has offered to compensate the Plaintiff for his injuries, including physical injuries and financial damages through the illegal communications tactics. Federal has promised Plaintiff so far $165,000,000 and the money for the grants that they seized totalling $100,000,000 and $50,000,000.

C. Plaintiff is using tactics to recite the Plaintiff speech and the speech of others.

D. All of the tactics that the FBI with other Defendants have subjected the Defendant to has caused him everything including his liberty, character and other necessities afforded to him by his naturalization of the United States Of America.

E. 2016 to the present the Federal Bureau of Investigations is engaged in tactics that discriminate against the Plaintiff because of his race, national origin and religioug beliefs.

F. During the Plaintiffs grandmother's funeral the Plaintiff had forgotten that his cellular devices were on him and realized the FBI with Defendants had begun harassing him and reciting the sermons and ceremony.

G. 2016 to present FBI and Madison County Alabama has intentionally prevented the plaintiff from paying child support and providing for his children and himself.

**In the meaning of the 1st Amendment**-right to peaceful assembly and the Right to exercise your religion, **1st Amendment-Government adopting a religion**, 5th Amendment-Due Process, 4th Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 4th Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**. 4th Amendment-**Unreasonable Search and Seizures**, 14th Amendment-**Immunities and Liberties**, 5th amendment-**Right a guarantee that government cannot seize private property without making a due compensation at the market value of the property**, 8th Amendment-Deprived of medical attention while being subjected to cruel and unusual punishment,

H. 2016 to present Federal agents with the FBI have and are openly admitting to brutally harming the Plaintiff.

This is the Meaning of Rodney King Vs LAPD.

### 5th Amendment and 4th Amendment Claim

Plaintiff re-alleges complaints 1 through 8 as it fully set forth herein.

5th Amendment, Due process laws provide that before a person can be subjected to cruel and unusual punishment or be deprived of their liberty or property they must have a fair trial where they are present in a court and judge setting and procedural laws. It also provides a guarantee that the government cannot seize private property without making a due compensation at the market value of the property.

The Federal Bureau Of Investigations formed and engaged in a program with Defendants to search and seized and changed property belonging to Plaintiffs. The program involved depriving the Plaintiff of his time, real estate, cars, money, intellectual property, education, benefits and other immunities and liberties, protected by the United States Constitution and other laws.

As alleged in Complaint 3 the Federal Bureau Of Investigations with the Huntsville Police (Department City Of Huntsville), Madison County Sheriffs Office, Atlanta Police Department, Department Of Homeland Security is and have been engaged in a program to intentionally violated the rights of the

plaintiff leading to his false arrest in jails and being restrained by their continuous tactics of stalking, harassment that violate all of his rights afforded to him by the Constitution and laws. The 5th amendment states and provides laws that are and were supposed to prohibit the Defendants from violating the Plaintiffs rights from the very beginning. This program stemmed from an intentional violation of the Plaintiffs rights and corruption.

The Defendants Department Of Defense stripped and deprived the Plaintiff of every right that the average American citizen has. They have used self incrimination tactics on the Plaintiff, all in violation of the United States Constitution. As alleged in complaints 1 through 9 the defendants formed a program to violate the plaintiffs rights he had and has the right to earn and the defendants caused him and his businesses to value $165,000,000 in lost revenues. As stated in Complaint 1 the Federal Bureau of Investigations promised the Plaintiff $300,000,000 for unreasonable seizing the Plaintiffs time over the last 15 years, including the injuries that he sustained while subjecting him to cruel and very unreasonable punishment without Due Process of the law. The Defendants FBI, Department Of Defense has unreasonably searched and seized dozens of real estate properties valuing beyond the proposed amounts of $300,000,000. This includes Plaintiffs physical injuries and medical bills. This also includes the changing of the original use of properties. 5th amendment, Federal Torts Act. 14th amendment and 4th Amendments with other laws provide that the Defendants must pay the equal value for unreasonable search seizures and the FTCA states that United States and Federal Agencies acts as self insurers. False imprisonment laws also provided the same.

The Defendant Department of Defense listed a grant of $100,000,000 that they listed specifically for the Plaintiff, the Federal Bureau Of Investigations have admitted to withholding the grant along with others from the Plaintiff. The total amount of the other grants were to be $20,000,000 including the grant the Plaintiff was approved to receive from the Bill Gates Foundation, FEMA, USDA, that Defendants seized from him.

## 1st Amendment Claim

The 1st Amendment provides that no laws prohibit the right of people to exercise their religion, freedom of speech rights, freedom of religion rights, and rights to assemble peacefully. It also protects freedom of expression, the right to work, earn a living, and the right to peaceful assembly.

In 2007, 6-1-2016 and 4-20-2018 to the current Department Of Defense- Federal Bureau Of Investigations and Defendants APD, HPD, SSPD, MPD and HHS violated the Plaintiff's rights to exercise his religion, Freedom of Speech, Freedom Of Religion, Freedom Of Expression and rights to peaceful assembly. The Defendants also organized with the housing communities to violate the Plaintiff's privacy rights and disseminate his records and invade on his personal privacy.

Plaintiff realleges the complaints 1 through 9 with the 5th amendment and 4th Amendment Claim in that provides the Defendants are in violation of the Constitution in their seizures of the Plaintiff work abilities, physical abilities, money, domain registrations, business profiles, websites, Uber, Lyft accounts, vehicles, insurance premiums, and grants.

## 2nd Amendment Claim

The 2nd Amendment provides that citizens who have not been convicted of a felonious crime have the right to bear arms (to purchase firearm

)s.

Although the Plaintiff has not been convicted of any crime the Federal Bureau Of Investigations prevented the Plaintiff from purchasing firearms for nearly 15 years.

Plaintiff realleges that the Defendant nonconsensually engaged him into a program to intentionally cause him injuries. This also includes the violation of his right to bear arms. The 2nd amendment provides laws that allow citizens who are not convicted felons to have the right to bear arms. Plaintiff has never been convicted of any crime. The Federal Bureau Of Investigations intentionally attacked the Defendant and seized his weapons without probable cause although the Plaintiff is not a convicted criminal.

## 4th Amendment Claim

The 4th Amendment provides protection from unreasonable search and seizures. Protection that gives citizens security to be secure in their persons, homes and papers.

The Department Of Defense posted a Grant valuing over $100,000,000 for experiments they had and are performing on him in the recent and past years, when the Federal Bureau Of Investigations illegally seized the grant from the Plaintiff by hiding it and not letting him access it during its cyber-attacks on the Plaintiff and his companies.

Samantha Sinclair with the Federal Bureau Of Investigations intervened in papers of the Plaintiff, she also participated in depriving the Plaintiff of his rights that are supposed to be protected by the United States Constitution

Christopher Hendon, Daniel Wisenheimer employees of the Federal Bureau of Investigations with Dave Trueb admittedly are engaged in the program to violate the Plaintiff rights, which led to unreasonable search and seizurse and false arrests that Plaintiff alleges in complaints 1 through and 9 in the 5th Amendment Claim.

The FBI without warrants nor Due Process of the law has and is unreasonably searching and seizing the Plaintiffs, money, insurance premiums, business contracts, 10's of thousands of hours of his labor and Liberty, education, cellular phones, computers, televisions, identity, they have damages his credit on dozens of occasions to prevent him from benefits and financial gains. They have also searched and seized his real property and intellectual property. The 4th Amendment with the United States Constitution and other laws are put in place for this very reason and for this not to happen to citizens of the United States of America .Plaintiff is seeking that the Department of Defense allows him to access the $100,000,000 grant and that they with the Federal Bureau and other Defendants seize and desist and all regards to him.

The Defendants with the Department Of Defense and Federal Bureau Of investigations have caused the Plaintiffs to lose hundreds of millions in revenue and government mandated benefits. Plaintiff asks that the Department Of Defense allow him access to the grant and follow the laws provided by the Constitution and the 4th Amendment.

### 8th Amendment Claim

The 8th Amendment provides that no person be subjected to excessive bail or fines.

Plaintiff re-alleges that the Federal Bureau Of Investigations with the Atlanta Police Department, Sandy Springs Police Department along with the Huntsville Police Department and Madison County Sheriff's Department and other Defendants on 4-22-2021 and dates leading, orgistrated a task to intentionally false imprison and subject Plaintiff to cruel and unusual punishment, excessive bail and prevent the Plaintiff from getting his necessary medical attention.

Plaintiff is seeking a claim to have the Defendant Cease and Desist in the programs and tasks that has and are in violation of his constitutional and civil rights.

### 14th Amendment Claim

The 14th Amendment provides that no person's Immunities or Liberties be different from any person of any other state.

Plaintiffs realleges In 2007 and in 2016 to the current Federal Bureau Of Investigations organized a program with Sandy Springs, Huntsville City Police, Atlanta Police Department, Madison County Alabama to intentionally violate and deprive the Plaintiff of his Freedom and rights as a citizen without Due process of the law.

Plaintiff realleges complaint 3 paragraph F and complaint 1-9 the FBI intentionally prevented him from contacting and hiring NAACP, ACLU and violated the privacy rights of he and attorney Brian Clark. Plaintiff complaints prove that the Defendants have no immunity in this complaint and claim. The information in this complaint with other procedures should allow an immediate judgment. The tactics used against the Plaintiff are cruel and unusual and inhumane. The Plaintiff claims that the Defondants do not have legal immunity in contesting this complaint and are fully aware.

#### 42 U.S.C. § 1983, 18 US Code § 242-Deprivation Of Rights Under The Color Of Law

Plaintiff realleges complaints 1 through 9 This provides that any person that acts in the color of law to deprive a citizen of their rights will be subjected to criminal penalties.
The FBI with the other defendants subjected the plaintiff to non consensual human experiments that involved depriving him of his rights. Jermaine Nettles, Atlanta Police Department, Huntsville Police Department and Madison Police are engaged in programs that are designed to violate the Plaintiffs rights. 42 USC Section 1983 and 18 US Clde Section Code 242 provide that local officials can be sued for violating the rights of the Plaintiff. Because Atlanta Police, Sandy Springs Police and Huntsville Police Departments, Jermaine Nettles and Steve Finley with Madison County Sheriff's Department subjected the Plaintiff to false imprisonment, harassment and stalking tactics amounting to imprisonment without Due Process of the law for past 15 years the Plaintiff.
Because the City Of Huntsville denied the Plaintiff and prevented the Plaintiff from getting the Emergency Rental assistance that was mandated by the president and then assistance in the Plaintiff being evicted the plaintiff claim the City of Huntsville owe him $3,000,000, Huntsville Police Department falsely arrested the Plaintiff on fabricated charges Plaintiff claim HPD owe him $15,000,000, Sandy Springs Police fabricated charges and arrested the Plaintiff and imposed excessive bail to later hide the charges from the Plaintiff he claim the SSPD owe him $5,000,000 Atlanta Police Department falsely

arrested the Defendant on 3 occasions on Fabricated charges and later participated in programs with the Defendants to deprive him of his rights. Plaintiff claims APD owes him $10,000,000.

Madison City owes him $5,000,000 for failing to investigate the Plaintiff made of burglary, stalking, harassment, threats to his life, theft of property and cyber attacks.

Madison County owes him $5,000,000 for failing to investigate the Plaintiff made of burglary, stalking, harassment, threats to his life, invasion of his privacy, attempts on his life and theft of property and cyber attacks.

## Federal Tort Claims Act

The Federal Tort Claims Act provides a remedy that forces federal agents and agencies to compensate parties that have been injured because of negligence by a federal agent and or agency.

The Federal Bureau Of Investigation while depriving Allen Caudle Plaintiff of his rights caused him brain, ear, arm and leg injuries. The FBI and Defendants also seized his businesses, benefits, real estate properties, loans, intellectual property, business contracts, vehicles and insurance premiums. The owners of the Palladian At Promenade, Avenue Madison, Seleno apartment community and the Cottages At Old Monrovia with the Federal Bureau of Investigations agents Christopher Hendon, Jermaine Nettles, Samantha Sinclair, Daniel Wisenheimer and Department Of Defense Deshane Price caused the Plaintiff to be evicted on 7 occasions for no legal reasons they have and are also changing the use of the communities where he resided and reside their. Plaintiff re-alleges his claim of $300,000,000 be paid for these illegal searches and seizures and complaint 9 paragraph B.

The Federal Tort Claims Act provides parties including federal agencies monetarily compensate the parties they injure. This Department Of Defense with the Department Of Justice and its components are responsible for organizing the compensation of the claim of $300,000,000 that the Plaintiff is requesting through this emergency complaint and request for the judgements

The Department Of Justice, Department Of Defense, Federal Communications Commissioner and the Department Of Homeland Security fail to assistance the Plaintiff in his reports of torture, civil rights violations and constitutional rights violations.

## Fair Housing Act

This provide that a person with disability should not be evicted or discriminated against for a disibility, race, color, national origin or sexual orientation.

2016 to Current the Federal Bureau Of Investigations and Defendants discriminated against the Plaintiff and prevented him. purchasing, leasing and investing in multiple properties. This has occurred at many residents of the Plaintiff from 2007 and 2016 to current. The Federal Bureau Of Investigations have and are engaged in tactic that are in violation of the Fair Housing Act, they are discriminating against the Plaintiff because of his race, national origin, religious beliefs, disabilities and sexual orientation. The owners of the Seleno Apartments, Palladian At Promenade, the Cottages At Old Monrovia have changed the use of the communities and prevented the Plaintiff from using the properties along with other businesses and communities the Plaintiff frequented.

The FBI with the Depart Of Defense used discriminative and racial tactics to intentionally violate the Fair Housing Act in regards to the Plaintiff. Plaintiff re-claims the $300,000,000 that the Defendants officially promised the Plaintiff.

## 4th Amendment-Privacy

The 4th Amendment with other laws provides privacy rights to protect the invasion of privacy where a person feels he or she should have privacy.

Federal Bureau Of Investigations with Defendants have and are using methods including stalking and harassing communication to invade on the Plaintiffs privacy and make him feel uncomfortable. These incidents occur everywhere the Plaintiff goes. Plaintiff realleges to claim the funds promised to him by the Defendants Department Of Defense and the Federal Bureau Of Investigation.

### Freedom Of Thought Act

Plaintiff realleges complaints 1-9
The Freedom of Thought Right Act provides that every person has the right to their own conscience, facts, opinions and fantasies.
The tactics used by the FBI are interfering with his right to exercise this right.
As stated in complaints 1 through 9 the Plaintiff claim the compensation promised to him by the Federal Bureau of Investigations and the Department oF Defense.

### 13th Amendment-Slavery Servitude

This provide that no person b subjected to slavery by state or goverment.

On 2007, 2016 to current FBI with Defendants tactics used on Plaintiff has resulted to torture and slavery. The Federal Bureau of Investigations with Defendants have made statements to Allen Caudle that he was a slave and was working for free. The Plaintiff's is being discriminated against and continues to work daily with pay from it. They have also displayed grants designated for the Plaintiff but have very unreasonably searched and seized the grants along with other benefits.

### 42 U.S.C. § 1983

This provides that no local law enforcement deprives a citizen of their rights.
The Huntsville Police Department, Sandy Springs Police Department, Madieon City Police Department with the Federal Bureau Of Investigations are intentionally depriving the Plaintiff of his constitutional rights, civil rights, human rights and liberties.

### 14th Amendment- Equal rights to protection
This provides that every citizen has equal rights to protection of the laws.

Plaintiff contacted Defendants Jermaine Nettles and Steve Finley of the Madison County Sheriff's Department, Huntsville City Police. Samantha Sinclair, Christopher Herndon, Daniel Wisenheimer of theFederal Bureau Of Investigations, Central Intelligence Agency, Department Of Defense, Atlanta Police Department to report that he was being injured. Although they had clear knowledge in the matter they refused to help him. Yet they continue to use methods to injure him. Plaintiff wi

### Fair Credit Report Act
Plaintiff realleges complaints 1-9. Beginning 4-2-2020 to the current The Federal Bureau Of Investigations added negative collection accounts to Plaintiffs credit profiles on 19 occasions. These incidents resulted in the Plaintiffs credit being affected drastically by these attacks. This caused his credit to be unfairly affected by the collection accounts. In addition they removed tradelines from his credit profiles with Bureary's Equifax, Transunion and Experian. They displayed 20 year old public records to prevent the defendant from making acquisitions. The Fair Credit Reporting act provides that information reported to credit profiles be accurate and not fabricated. Negative and positive reportings must be legally added and must consist of information attached to the debtee.
The collection accounts that the FBI added to profile as alleged in the complaints does not consist of debt that belongs to the Plaintiff because it was fabricated. The Plaintiff claims that he wants his credit report completely revised to reflect the positive and good excellent credit that he had before the Defendants-FBI started tarnishing his credit.

### Freedom Of Information Act

Plaintiff realleges complaints 1-9
The Freedom of Information Act provides that certain information be released upon request and that the Federal Agencies respond to requestors.

The Federal Bureau Of Investigations intentionally did not respond to the Plaintiffs request for information. This complaint proves that the FBI is in violation of the FOI Act.

### Civil Rights Restoration Act

The Civil Rights Restoration Act with other laws provided that people and entities that receive federal funding must abide by federal laws.

Because the Department Of Defense injured the Plaintiff ang violated his rights during an operation, the Plaintiff qualifies to apply with the act.

### Prayer For Relief

Wherefore, Plaintiff requests this court enter emergency judgements against Defendants as follows:

A. Declare the defendant's actions were and are in violation of the 1st, 2nd, 4th, 5th, 13th, 14th Amendments, 42 USC Section 1983, Fair housing rights and Fair Credit Reporting Act.

B. In an emergency where legally possible declare that the Defendants are in violation of the laws including the Privacy Rights act. C. Order the Defendants to stop violating the Plaintiffs Constitutional, Civil, Human Rights and laws that are put in place to protect the Defendant from injuries.

D. Order the Defendants to pay the Plaintiff for all damages as Promised. Order the Defendants Madison County Sheriff and the FBI remove negative information from his Public Records, including Lexisnexis, local Public Records and national records. Order Alternative Dispute Resolutions in accordance with the American Disability Act, Alternative Disputes Resolution Act, Mediation and Federal Tort Claims Act.

E. Plaintiff also asks that the Judge enforce the Civil Rights Restorations acts and other laws that redresses the Plaintiffs rights in this matter and matters that the Plaintiff is unaware of.

F. Order the Federal Bureau Of Investigations allow the Plaintiff access to the grant posted by the Department Of Defense.

Order all parties abide by laws including the Civil Rights Restoration Act, Privacy Rights Acts.

G. Order all parties abide by laws including the Civil Rights Restoration Act, Privacy Rights Acts.

H. Order the Defendants Department Of Defense and Federal Bureau of Investigations pay the Plaintiff damages in the SF-95 Federal Tort Claim filed with the Transportation Security Administration.

I. Order that the Federal Bureau Of Investigations are in violation of the Freedom of Information Act and Federal Tort Claims Act. J. Order the Defendants stop harassing and surevilling the Plaintiff

K. Order that all charges and criminal pleadings related to the Plaintiff be dismissed and or expunged and Allow the courts to provide the Plaintiff with an attorney as described in the attached In Forma Pauperis

L. Award the Plaintiff Liquid damages in accordance with the law. Enter additional relief to the Plaintiff afforded by the Constitution and laws in relation to this complaint and non related.

M. Because the Department of Defense is the parent agency of the Federal Bureau Of Investigations, Department Of Justice and Department Of Homeland Security and because the FBI is responsible for the all injuries related to this complaint, the Plaintiff ask that all declarations related to this complaint be handled by the courts, Department Of Justice, mediators and or the Department Of Defense and Plaintiff Allen Okechukwu Caudle.

I declare under penalty of perjury that the foregoing is true and correct.

Print Allen Okechukwu Caudle Signature _Allen_ - DATED: 3-27-2022